### 387. LINDER v. HUTTON & GIBBS.

HILL, C. J. No material error appears, and the undisputed evidence fully supports the finding of the court.　　　*Judgment affirmed.*

Complaint, from city court of Wrightsville—Judge Faircloth. February 14, 1907.

Submitted June 20,—Decided September 19, 1907.

*E. L. Stephens,* for plaintiff in error. *J. L. Kent,* contra.